UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 2:19–cr–20652–DML–DRG
                                              Hon. David M. Lawson

Steven King, et al.,

                Defendant(s),

_____

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON Hearing on [211] MOTION to Adjourn as to Steven King. **Motion Hearing set for 9/20/2022 at 11:00 AM before District Judge David M. Lawson.** (SPin)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                By: s/S. Pinkowski
                                                                    Case Manager

Dated: September 13, 2022